UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE MARO,  Case No. 3:22-cv-219

    Plaintiff,

vs.

COMMUTER ADVERTISING INC.,  District Judge Michael J. Newman
                                                Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

_____

**ORDER**
_____

This civil case is before the Court on Defendant's Unopposed Motion to Designate Ohio Counsel as Trial Attorney and For Illinois Counsel to Withdraw ("Motion"). (Doc. #41). As explained in the Motion, this case originated in the U.S. District Court for the Northern District of Illinois where Illinois counsel, Carrie A. Durkin, served as Defendant's Trial Attorney and Ohio counsel, Marc L. Fleischauer, served as pro hac vice co-counsel. *Id*. at 7. This case has since been transferred to this Court, thus prompting counsel's request to designate Mr. Fleischauer as Trial Attorney and allow Ms. Durkin to completely withdraw from the case. *Id*. As required by the Local Rules of the Court, written notice of the change was provided to Defendant and to all counsel, including Ms. Durkin. *See* S.D. Ohio Civ. R. 83.4; *see also* Doc. #41, *PageID* #8. The changes are unopposed by Plaintiff's counsel. *Id*.

Accordingly, for good cause shown, counsel's Motion (Doc. #41) is **GRANTED.** The Clerk is **DIRECTED** to update the docket to reflect that Carrie A. Durkin has withdrawn as counsel and that Marc L. Fleishauer now serves as Defendant's Trial Attorney.

1

**IT IS SO ORDERED.**

Date:  August 11, 2022                    *s/Peter B. Silvain, Jr.*
                                                                                         Peter B. Silvain, Jr.
                                                                                         United States Magistrate Judge