IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| MICHELLE MARO, | : | CASE NO. 3:22-cv-00219 |
| | : | |
| Plaintiff, | : | (Judge Michael J. Newman) |
| | : | (Magistrate Judge Peter B. Silvain, Jr.) |
| v. | : | |
| | : | |
| COMMUTER ADVERTISING INC., | : | **ORDER GRANTING JOINT** |
| | : | **MOTION TO SET BRIEFING** |
| Defendant. | : | **SCHEDULE (Doc. No. 46)** |
| | : | |

Pursuant to Fed. R. Civ. P. 1, 16, this Court's inherent authority, and the reasons shown in the Parties' Joint Motion to Set Briefing Schedule ("Joint Motion"), the Joint Motion (Doc. No. 46) is **GRANTED**. Plaintiff shall have to and including **November 11, 2022**, to file her opposition to Defendant's May 20, 2022 Motion to Vacate the Arbitration Award ("Motion to Vacate"). Defendant shall have to and including **December 2, 2022**, to file a reply in support of its Motion to Vacate.

**IT IS SO ORDERED.**

s/*Michael J. Newman*
UNITED STATES DISTRICT JUDGE

4858-1253-5098.1