UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE MARO,

    Plaintiff,                                Case No. 3:22cv219

vs.

COMMUTER ADVERTISING INC.,         District Judge Michael J. Newman
                                                         Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

**ORDER: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISBURSEMENT AND DISTRIBUTION OF FUNDS (Doc. No. 62); (2) REQUIRING GARNISHEE PNC BANK TO DISBURSE TO THE CLERK OF COURT FOR THE SOUTHERN DISTRICT OF OHIO IN DAYTON, OHIO THE SUM OF $16,011.63 ON DEPOSIT AS REFERENCED IN PNC'S ANSWER (Doc. No. 60); AND (3) REQUIRING THE CLERK OF COURT TO DISTRIBUTE THE SUM ABOVE TO PLAINTIFF'S COUNSEL AS SET FORTH HEREIN**

On the unopposed Motion of Plaintiff Michelle Maro (Doc. No. 62), and the Court being advised in Garnishee PNC Bank's ("PNC") Answer (Doc. No. 60) that PNC has the sum of $16,011.63 on deposit, which represents proceeds from a non-wage garnishment;

**IT IS ORDERED** that (1) Plaintiff's motion for disbursement and distribution of funds (Doc. No. 62) is **GRANTED** for good cause shown; (2) PNC shall promptly **DISBURSE** to the Clerk of Court for the Southern District of Ohio, located at the Walter H. Rice Federal Building and United States Courthouse, 200 W. Second Street, Dayton, Ohio 45402; and (3) the Clerk of Court shall **DISTRIBUTE** to Plaintiff's attorney,

Matthew C. Curran, Esq., at his address of record, the sum above, less costs, which distributed amount shall be applied towards the judgment herein in favor of Plaintiff.

**IT IS SO ORDERED.**

September 11, 2023  s/Michael J. Newman
 Hon. Michael J. Newman
 United States District Judge


cc: PNC Bank, Garnishee
 4100 West 150th Street
 Cleveland, Ohio 44135